Opinion of the court.

## S. L. HUGHES AND OTHERS v. THE STATE.

1. Notice of appeal in the court below is a condition precedent to the jurisdiction of this court; and the record must show affirmatively that such notice was given, or this court cannot take jurisdiction. (Paschal's Digest, Articles 1510, 3190.)

APPEAL from Dallas. Tried below before the Hon. A. B. Norton.

The judgment below was on a forfeited bail bond.

Appellants had their brief, over their own names, sent up in the transcript.

*E. B. Turner*, Attorney General, for the State, moved to dismiss.

OGDEN, J.—The Attorney General has filed a motion to dismiss this cause for the want of jurisdiction, for the reason that the record fails to show that a notice of an appeal was given and made a matter of record in the court below. Notice of an appeal in the court below is a condition precedent to the jurisdiction of this court, and unless the record shows affirmatively that notice was given this court cannot take jurisdiction of the cause. (Paschal's Digest, Articles 3190 and 1510; Fairchild v. The State, 23 Texas R., 176; Messnee v. Lewis, 17 Texas R., 520.) This cause is therefore dismissed for the want of jurisdiction.

Dismissed.